150501

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

In the Matter of: : Case No. 04-14423
: Chapter 7: Judge RANDOLPH BAXTER
JOHN LONAS, JR. :
CATHERINE LONAS :
              Debtor. :

## NOTICE TO THE CLERK OF SMALL DIVIDENDS AND UNCLAIMED FUNDS

**TO THE CLERK OF THE COURT:**

    The attached checks in the amount of $2,686.90 and $3,433.90 represents the total sum of unclaimed and small dividends in this estate and is paid to the court pursuant to 11 U.S.C. §347(a) and FRBP 3010. The name(s) and address(es) of the party(ies) entitled to those unclaimed dividends is(are) as follows:

| Creditor Name and Address | Claim No. | Amount of Dividend |
|---|---|---|
| Chase Manhattan Bank<br>c/o Chase BankCard Svs<br>PO Box 52176<br>Phoenix, AZ 85072 | 3 | $2,686.90  ok /1015 |
| Fleet Credit Card Svs<br>PO Box 1016<br>Horsham, PA 19044 | 4 | $3,433.90  ok /1016 |

Total Unclaimed/Small
Dividends $25.00 or Under

$_____

Total Unclaimed Dividends
Over $25.00

$5,607.40

Dated: 6/24/10

_____
MARY ANN RABIN, TRUSTEE, Trustee
Rabin and Rabin Co., LPA
55 Public Square #1510
Cleveland, OH 44113
216/771-8084
Facsimile No. 216/771-4615
Mrabin@rabinandrabin.com