#151947
FILED
11 FEB 28 AM 9:35
CLERK U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

In the Matter of: : Case No. 04-14423
: Chapter 7; Judge RANDOLPH BAXTER
LONAS, JR., JOHN :
LONAS, CATHERINE A. :
Debtor. :

### NOTICE TO THE CLERK OF SMALL DIVIDENDS AND UNCLAIMED FUNDS

TO THE CLERK OF THE COURT:

The attached checks in the amount of $513.61, $656.41 and $414.47 represents the total sums of unclaimed and small dividends in this estate and is paid to the court pursuant to 11 U.S.C. §347(a) and FRBP 3010. The name(s) and address(es) of the party(ies) entitled to those unclaimed dividends is(are) as follows:

| Creditor Name and Address | Claim No. | | Amount of Dividend |
|---|---|---|---|
| CHASE MANHATTAN BANK<br>c/o CHASE BANKCARD<br>PO BOX 52176<br>PHOENIX, AZ 85072 | 3 | Check #1026 | $513.61 |
| FLEET CREDIT CARD SVC.<br>PO BOX 1016<br>HORSHAM, PA 19044 | 4 | Check #1027 | $656.41 |
| DAIMLERCHRYSLER SERVICES, NA INC.<br>1011 WARRENSVILLE ROAD SUITE 600<br>LISLE, IL 60532 | 5 | Check #1028 | 414.47 |

Total Unclaimed/Small
Dividends $25.00 or Under

$_____

Total Unclaimed Dividends
Over $25.00

$1,584.49

Dated: 2/24/11

MARY ANN RABIN, TRUSTEE, Trustee
Rabin and Rabin Co., LPA
55 Public Square #1510
Cleveland, OH 44113
216/771-8084
Facsimile No. 216/771-4615
Mrabin@rabinandrabin.com